**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



December 10, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

*RE: 03-15-00742-CV;     D-1-GN-14-002410*

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-002410 and Court of Appeals number 03-15-00742-CV, styled, DARLENE MORIARITY V TEXAS BOARD OF NURSING, is due in your office December 10, 2015.  This office has not received payment of clerk's record as of today, December 10, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Appeals Clerk II
Travis County District Clerk's Office
Civil Division
(512) 854-4309

| **Administrative Offices** | **Civil and Family Division** | **Criminal Division** | **Jury Office** |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |